## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

---

Twin City Pipe Trades Services  Case No.:  15cv1887 (JNE/SER)
Association, Inc., and
Trustees of the Plumbers and Pipefitters
National Pension Fund,

                Plaintiffs,

v.

                **REPORT &**
          **RECOMMENDATION**

Raymond E. Haeg Plumbing, Inc.,

                Defendant.

---

    Plaintiffs filed a Complaint on April 7, 2015 [Doc. No. 1].

    The Defendant did not respond to the complaint.  On September 2, 2015 the Court issued an Order instructing the Plaintiff to (1) Notify defendants who have not answered immediately that he/she is required to make an appearance or move for an extension of time to do so; (2) File an application for entry of default for those defendants who have not answered unless the required pleading is filed within 10 days; or (3) Advise the Court in writing of any good cause to the contrary [Doc. No. 5]. Plaintiff failed to respond to the Court's Order within the 20 day deadline.

    Based on the foregoing, and all the files, records, and proceedings herein, **IT IS HEREBY RECOMMENDED** that this action be **DISMISSED WITHOUT PREJUDICE**.

Dated:  December 18, 2015                *s/Steven E Rau*
                                                                  Steven E. Rau
                                                                 U.S. Magistrate Judge
                                                                 Steven E. Rau

**Filing Objections:** This Report and Recommendation is not an order or judgment of the District Court and is therefore, not appealable directly to the Eighth Circuit Court of Appeals.

Under Local Rule 72.2(b)(1), "a party may file and serve specific written objections to a magistrate judge's proposed finding and recommendations within 14 days after being served a copy" of the Report and Recommendation. A party may respond to those objections within 14 days after being served a copy of the objections. LR 72.2(b)(2). All objections and responses must comply with the word or line limits set for in LR 72.2(c).

**Under Advisement Date:** This Report and Recommendation will be considered under advisement 14 days from the date of its filing. If timely objections are filed, this Report and Recommendation will be considered under advisement from the earlier of: (1) 14 days after the objections are filed; or (2) from the date a timely response is filed.