UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Twin City Pipe Trades Service Association,
Inc., and the Trustees of the Plumbers and
Pipefitters National Pension Fund,

      Plaintiffs,

v.                                                    Civil No. 15-1887 (JNE/SER)
                                                  ORDER

Raymond E. Haeg Plumbing, Inc.,

      Defendant.

In a Report and Recommendation dated December 18, 2015, the Honorable Steven E. Rau, United States Magistrate Judge, recommended that this action be dismissed without prejudice. No objection to the Report and Recommendation has been received. The Court accepts the recommendation. Therefore, IT IS ORDERED THAT:

1.     This action is DISMISSED WITHOUT PREJUDICE.

LET JUDGMENT BE ENTERED ACCORDINGLY.

Dated: January 28, 2016

                                                  s/Joan N. Ericksen
                                                  JOAN N. ERICKSEN
                                                  United States District Judge